UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VERNON SNYPE, | CIVIL ACTION NO. 3:CV-14-0249 |
| Petitioner | (Judge Nealon) |
| v. | |
| UNITED STATES OF AMERICA, Respondent | |

# **ORDER**

**AND NOW, THIS 13th DAY OF SEPTEMBER, 2017**, upon consideration of Petitioner's motion to amend the above captioned petition for writ of habeas corpus, and it appearing that the above captioned action was closed by Memorandum and Order dated April 29, 2014 (See Docs. 6, 7), **IT IS HEREBY ORDERED THAT** Petitioner's motion to amend (Doc. 9) is **DISMISSED** as moot.

/s/ William J. Nealon
**United States District Judge**